UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND
PENSION FUND, ANNUITY FUND AND
TRAINING PROGRAM FUND, et al.,

                        Petitioners,                    22 **CIVIL** 9899 (MKV)

       -against-                                    **JUDGMENT**

ENVIROCHROME INTERIORS & DESIGN,
INC.,

                        Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 26, 2023, here, the petition to confirm arbitration is unopposed. The Court finds no reason to vacate the arbitration award. Furthermore, there exists more than a "barely colorable justification" for the award in this case. Accordingly, the petition to confirm the arbitration award is GRANTED. The Court awards judgment in Petitioners' favor in the amount of $19,400.08, plus statutory interest accruing from the date of this order until Respondent has paid the full Award; accordingly, the case is closed.

**Dated**: New York, New York
         June 27, 2023

                                                           **RUBY J. KRAJICK**

                                                          _____
                                                              **Clerk of Court**

                             **BY:**    *K. Mango*

                                                               _____
                                                              **Deputy Clerk**